# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | 18 U.S.C. § 666(a)(1)(A) |
| | : | Theft Concerning Programs Receiving |
| | : | Federal Funds |
| EUGENE P. SMITH, | : | |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | Aiding and Abetting and Causing |
| | : | an Act to be Done |

## INFORMATION

The United States Attorney charges that at all times material to this Information:

## COUNT ONE
### (Theft Concerning Programs Receiving Federal Funds)

**A.   Introduction**

1.   From January 1997 through July 2002, defendant EUGENE P. SMITH was employed as a District of Columbia government employee by the District of Columbia Public Schools in Washington, D.C.  From February 1999 through July 2002, defendant EUGENE P. SMITH was employed as the Director of Internal Audit for the District of Columbia Public Schools.  Prior to February 1999, defendant EUGENE P. SMITH was employed by the District of Columbia Public Schools as the Deputy Chief Financial Officer, Controller and Special Assistant to the Chief Financial Officer.  From in or about September 2001 through on or about August 8, 2003, defendant EUGENE P. SMITH resided at 2001 Brigadier Boulevard, Odenton, Maryland.

2.   The District of Columbia Public Schools was an agency of the District of Columbia. The District of Columbia Public Schools provided, among other things, financial assistance to public

schools and public charter schools throughout the metropolitan area of the District of Columbia and had a main office located at 825 N. Capitol Street, N.E., in the District of Columbia.

3.   The New Vistas Preparatory Public Charter School ("New Vistas") was a public charter school. New Vistas was located at 100 Peabody Street, N.W., in the District of Columbia. On or about July 1, 1999, the District of Columbia Board of Education granted a charter to New Vistas. In or about September 1999, New Vistas began operations as a public charter school. New Vistas received funding from the District of Columbia Public Schools.

4.   The United States Department of Education was an agency of the United States. The United States Department of Education provided benefits in the form of grants in excess of $10,000 per year to the District of Columbia Public Schools for calendar years 2000, 2001, 2002 and 2003. The District of Columbia Public Schools, in turn, provided benefits in excess of $10,000 per year to New Vistas from the grant money received from the United States Department of Education for calendar years 2000 and 2001. The grants provided by the United States Department of Education to the District of Columbia Public Schools and New Vistas were subject to the supervision and control of the United States Department of Education.

5.   New Vistas had a bank account at a District of Columbia branch of Branch Banking and Trust ("BB&T"), account number 5162217560 (the "original BB&T account"), located at 601 13th Street, N.W., Washington, D.C. 20005.

6.   On or about September 6, 2001, the District of Columbia Public Schools Board of Education revoked the charter for New Vistas. Following the revocation, on or about September 7, 2001, defendant EUGENE P. SMITH became responsible for closing out New Vistas' financial accounts. Defendant EUGENE P. SMITH was responsible for taking over any and all bank accounts

of the public charter school, paying off any and all remaining vendors, and closing out any and all payroll and vendor accounts.

7.      On or about September 7, 2001, defendant EUGENE P. SMITH designated himself the sole signatory on the original BB&T account.  To take over the account, defendant EUGENE P. SMITH personally signed the necessary signature card, providing his name, title, and employment. When defendant EUGENE P. SMITH took over the original BB&T account, the account had a balance of over $500,000.  At the direction of defendant EUGENE P. SMITH, BB&T mailed the bank statements for the original BB&T account in the name of "New Vistas Preparatory Public Charter School, Escrow Acct," to defendant EUGENE P. SMITH at his then-work address at Internal Audit Div - Eugene Smith, 825 N. Capitol St., N.E., Suite 900, Washington, D.C. 20002-4210.

8.      On or about October 4, 2001, defendant EUGENE P. SMITH closed the original BB&T account and transferred the balance of the original BB&T account, approximately $518,125.66, into a new account he opened at the same District of Columbia branch of BB&T, account number 5162216564 (the "second BB&T account").  Defendant EUGENE P. SMITH was the sole signatory on the second BB&T account.  Defendant EUGENE P. SMITH obtained a business check card, or debit card, for the second BB&T account, even though any outstanding debts would have been, and in fact were, paid through purchase orders and checks.  Defendant EUGENE P. SMITH received a personal identification number ("PIN") for the debit card, and he was the only person with access to that debit card and the associated PIN.  At the direction of defendant EUGENE P. SMITH, BB&T mailed the bank statements and the PIN for the debit card for the second BB&T account in the name of "New Vistas Preparatory Public Charter School, Escrow Acct," to defendant EUGENE P. SMITH's then-home address at 2001 Brigadier Boulevard, Odenton, Maryland.

9.      On or about July 31, 2002, defendant EUGENE P. SMITH's employment with the District of Columbia Public Schools was terminated. At the time of his termination, having paid off New Vistas' vendors, the balance in the second BB&T account was approximately $52,679.90. Defendant EUGENE P. SMITH did not close the second BB&T account before the termination of his employment and did not relinquish possession of the debit card or PIN to any other individual, failing to account for property entrusted to him and keeping for his own possession property that did not belong to him.

10.     Between in or about April 2003 and in or about July 2003, defendant EUGENE P. SMITH, without authorization, expended approximately $46,742.94 in cash and incurred fees for his personal benefit from the second BB&T account as a result of approximately 114 transactions using the debit card associated with that account in the State of Maryland and the Commonwealth of Virginia.

**B.     Theft Concerning Programs Receiving Federal Funds**

11.     Between in or about October 2001, and in or about July 2003, in the District of Columbia and elsewhere, defendant EUGENE P. SMITH, being an agent of the District of Columbia Public Schools, an agency of the District of Columbia, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to his own use and intentionally misapplied property that was valued at $5,000 or more that was owned by and under the care, custody and control of the District of Columbia Public Schools, which received, in each one-year period from in or about 2001 through in or about 2003, benefits in excess of $10,000 under federal programs that involved grants, contracts, subsidies, loans, guarantees, insurance and other forms of Federal assistance, including grant funds from the United States Department of Education; that is, defendant

EUGENE P. SMITH, without authorization, expended approximately $46,742.94 in cash and incurred fees for his personal benefit from the second BB&T account as a result of approximately 114 transactions using the debit card associated with that account.

**(Theft Concerning Programs Receiving Federal Funds, and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 2 and 666(a)(1)(A).)**

                                        JEFFREY A. TAYLOR
                                        United States Attorney
                                        In and For the District of Columbia

By:        _____/s/_____
             MICHAEL K. ATKINSON
             D.C. Bar # 430517
             Assistant United States Attorney
             Fraud and Public Corruption Section
             555 4th Street, N.W.
             Washington, D.C.  20530
             (202) 616-3702

DATED: October 1, 2007