**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | **Cr. No. 07-254 (RMC)** |
| **EUGENE P. SMITH** | : | |

**DEFENDANTS MOTION FOR**
**PAYMENT OF TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

Mr. Eugene P. Smith, the defendant, through undersigned counsel, respectfully moves

this Honorable Court to enter the attached proposed Order, which will authorize and direct the

United States Marshals Service to make travel arrangements for Mr. Smith to travel from Grand

Prairie, Texas, to the plea hearing before this Court on December 10, 2007, and to return to

Grand Praire, Texas, at the conclusion of the hearing, if the Court permits him to remain on

release pending sentencing.   In support of this motion, counsel submits the following.

1.      Mr. Smith has previously been determined to be financially indigent and to

qualify for court appointed counsel.  He currently is unemployed and is unable to afford the cost

of travel to appear for his plea hearing.

2.      Title 18, United States Code § 4285 provides that this Court may:

> direct the United States marshal to arrange for [an indigent
> defendant's] means of noncustodial transportation or furnish the
> fare for such transportation to the place where his appearance is
> required, and in addition may direct the United States marshal to
> furnish that person with an amount of money for subsistence
> expenses to his destination, not to exceed the amount authorized as
> a per diem allowance for travel under section 5702(a) of title 5,
> United States Code.

WHEREFORE, for the foregoing reasons, Mr. Smith respectfully requests that the Court enter the attached Order directing the United States Marshals Service to make appropriate arrangements to facilitate his appearance in court for the plea hearing on December 10, 2007, at 10:30 a.m., and his return to a Grand Prairie, Texas, after his appearance, if the Court permits.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        :

      v.                              :        Cr. No. 07-254 (RMC)

EUGENE P. SMITH                  :


_____**ORDER**

    Upon consideration of defendant's motion and finding good cause shown, it is this

_____ day of _____, 2007, hereby

    **ORDERED** that pursuant to 18 U.S.C. § 4285, the United State's Marshals Service shall

arrange for the defendant's noncustodial transportation to and from the plea hearing scheduled

for December 10, 2007 at 10:30 p.m.


               BY THE COURT:


               _____
               THE HONORABLE ROSEMARY M. COLLYER
               United States District Court Judge