IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   :

v.   :   Cr. No. 07-254 (RMC)

EUGENE P. SMITH   :

**FILED**
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of defendant's motion and finding good cause shown, it is this 19 day of November, 2007, hereby

**ORDERED** that pursuant to 18 U.S.C. § 4285, the United State's Marshals Service shall arrange for the defendant's noncustodial transportation to and from the plea hearing scheduled for December 10, 2007 at 10:30 p.m.

BY THE COURT:

_Rosemary M. Collyer_
THE HONORABLE ROSEMARY M. COLLYER
United States District Court Judge