U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

████ ████,

Defendant.

Case No. 07-254 (RMC)

FILED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __10th__ day of __December, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __December 10, 2007__ by __Special Agent Sean Ryan__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Sean Ryan__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Rosemary M. Collyer_
Judge (U.S. Magistrate) ROSEMARY M. COLLYER

COURT

DOJ USA-16-1-80