AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF _Columbia_

FILED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Eugene P. Smith

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-254

I, _Eugene P. Smith_, the above named defendant, who is accused of _Theft concerning programs receiving Federal Funds [18:666(a)1(A)] Aiding and abetting and causing an act to be done [18:2]_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _12-10-07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Rosemary M Collyer_
Judicial Officer

10 December 2007