UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

    v.      :      CR 07-254

**EUGENE P. SMITH** :

**MOTION TO CONTINUE SENTENCING**

    Mr. Eugene P. Smith, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing in this matter from March 14, 2008, to a date during the week of April 28, 2008. In support of this motion, counsel states:

    1. Due to counsel's commitment in other matters[1], counsel has not yet had an opportunity to review the Presentence Investigation Report with Mr. Smith and will not be able to adequately prepare for sentencing prior to the March 14th scheduled hearing.

    2. Undersigned counsel spoke with Assistant United States Attorney Michael K. Atkinson, who represented that the government would take no position on this motion.

    3. Due to scheduled matters during March and a trial matter at the beginning of April, counsel respectfully requests that the Court schedule the sentencing in this matter for a date during the week of April 28, 2008. Government counsel is not available on April 29, 2008, but both counsel are available on any other date that week.

---

[1]In addition to work on cases previously assigned, as a result of the recent retroactive applicable of the reduced guidelines in cases involving crack cocaine, over the last several weeks, undersigned counsel has been reviewing hundreds of cases and, with the assistance of one other lawyer, has filed 81 motions to reduce sentences. Counsel's responsibilities with regard to these matters will continue to be very time consuming over the next several months, as counsel intends to file motions in several hundred additional matters.

WHEREFORE, for the foregoing reasons, Mr. Smith respectfully requests that the Court grant this motion and continue the sentencing hearing to a date during the week of April 28, 2008.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

           /s/
        _____
        MARY MANNING PETRAS
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR 07-254 |
| **EUGENE P. SMITH** | : | |

### ORDER

Upon consideration of defendant's Motion to Continue Sentencing Hearing and finding good cause shown, it is this ___ day of March, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the March 14, 2008, sentencing hearing is VACATED; and it is further

ORDERED that the sentencing hearing is scheduled for _____.


_____
THE HONORABLE ROSEMARY M. COLLYER