UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR 07-254 |
| EUGENE P. SMITH | : | |

**FILED**
MAR - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant's Motion to Continue Sentencing Hearing and finding good cause shown, it is this 5th day of March, 2008, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the March 14, 2008, sentencing hearing is VACATED; and it is further

ORDERED that the sentencing hearing is scheduled for TBD.

_____
THE HONORABLE ROSEMARY M. COLLYER