HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

UNITED STATES OF AMERICA

JUL - 1 2008

vs.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Eugene P. Smith                    Docket No.: 07CR254-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Eugene P. Smith  having been sentenced, on May 7, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Beckley  , in   Beaver, WV   by 2 p.m., on   July 7, 2008  .

7/1/08
Date

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

_____                _____
ATTORNEY/U.S. PROBATION OFFICER                DEFENDANT

Revised 6-2004